

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 10, 2025

Before

DIANE S. SYKES, *Chief Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 25-8011 | UNION PACIFIC RAILROAD COMPANY, Petitioner v. REGINALD CLAY, Respondent |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-04194 Northern District of Illinois, Eastern Division District Judge Georgia N. Alexakis | |

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on June 20, 2025, by counsel for the petitioner.

2. **ANSWER TO DEFENDANT UNION PACIFIC RAILROAD COMPANY'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on July 8, 2025, by counsel for the respondent.

3. **MOTION FOR LEAVE TO AMEND ANSWER TO DEFENDANT UNION PACIFIC RAILROAD COMPANY'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on July 9, 2025, by counsel for the petitioner.

**IT IS ORDERED** that the motion to correct the response is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **GRANTED.** The petitioner shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket. The parties may move for certification of the question to the Illinois Supreme Court in their briefs. *See* Cir. R. 52(a).